UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL AALAND,<br><br>                Plaintiff,<br><br>   v.<br><br>ALBERTSONS COMPANIES INC., *et al.*,<br><br>                Defendants. | Case No. 25-637-MLP<br><br>ORDER |

    The Court, having reviewed Defendants' Unopposed Motion to Stay Deadlines Pending Resolution of Plaintiff's Motion to Remand ("Motion to Stay"), all related pleadings, and the relevant law, and considering itself fully advised,

    The Court hereby GRANTS Defendants' Motion to Stay. In the event that the Court denies the Motion to Remand, Plaintiff shall respond to Defendants' Motion to Dismiss within 14 days, and the Court will issue a revised Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement resetting the initial case deadlines.

    Dated this <u>16th</u> day of May, 2025.

                                                     MICHELLE L. PETERSON
                                                     United States Magistrate Judge

ORDER - 1